UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:    SHARTINA HOLLAND                                  Chapter 13
                                                            Case Number: 13-32783

### WITHDRAWAL OF PROOF OF CLAIM

     Creditor, American InfoSource LP as agent for Check N Go, hereby withdraws its Proof of Claim, filed on 01/28/2014, marked as claim number 3 on the court's claims register, for the account number ending in 0307, and in the amount of $1,262.51.

Dated: 06/25/2015

/s/ Blake Hogan

American InfoSource LP as agent for
Check N Go
PO Box 248838
Oklahoma City, OK  73124-8838

Reference Number: 4761272Withdraw

0307